UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

   UNITED STATES OF AMERICA,

             -against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

   **-CR-**    ( )( )

                              Defendant(s).
-------------------------------------------------------------------X

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

Aneudy Nivar   s/ _[signature]_

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_S/Telesforo Del Valle Jr._
_____
Defendant's Counsel's Signature

**Aneudy Nivar**
Print Defendant's Name

**Telesforo Del Valle Jr., Esq.**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge