

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 27, 2022

**By ECF and Email**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. Aneudy Nivar, 05 Cr. 1220

Dear Judge Cronan:

      The parties submit this joint letter to request a brief adjournment of the sentencing in the above-captioned matter, which is presently scheduled for July 7, 2022 at 10:00 a.m.  In accord with Your Honor's individual rules, the defense sentencing submission was due on June 23, 2022 and the Government sentencing submission is due on June 30, 2022.  However, the final Presentencing Report is not due to be disclosed until June 29, 2022.

      Accordingly, the parties submit this joint request for a brief adjournment to allow time to review the final Presentencing Report prior to submitting sentencing submissions in this case.  If the Court grants this request, the parties respectfully propose the following timeline:

- Defense Sentencing Submission: July 18, 2022
- Government Sentencing Submission: July 25, 2022
- Sentencing: August 1, 2022

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

      By: _____/s/_____
          Ashley C. Nicolas
          Assistant United States Attorney
          (212) 637-2467

cc: Counsel of Record (via ECF)

The Court grants this request.  Defense's sentencing submission is due July 18, 2022, and the Government's sentencing submission is due by July 25, 2022.  The Court adjourns sentencing scheduled for July 7, 2022 at 10:00 a.m. until August 1, 2022 at 2:00 p.m. in Courtroom 12D of 500 Pearl Street, New York, NY 10007.

The Clerk of the Court is respectfully directed to close the motion pending at Docket Number 32.

SO ORDERED.
Date: June 28, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge